# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| SHELBY B. CONLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:13-cv-0118 |
| | ) | |
| DEVONNA L. WEBB and | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S MOTION TO SUBSTITUTE UNITED STATES FOR THE NAMED INDIVIDUAL DEFENDANT AND UNITED STATES POSTAL SERVICE

The United States of America moves the Court to substitute the United States of America for the individual Defendant, Devonna L. Webb, and the United States Postal Service in the above styled action.

Title 28 U.S.C. § 2679(d)(2) mandates substitution of the United States of America as defendant in negligence actions in which the Attorney General or his designee has certified that the defendant was acting within the scope of her federal employment at the time of the incident giving rise to suit. The Attorney General has delegated this certification authority to the United States Attorney, 28 C.F.R. § 15.3 (1990).

*This motion is GRANTED*

*10-21-1 3*